**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Richard G. Krauth, et al.,        )<br>                                            )<br>               Plaintiffs,     )<br>                                            )<br>    vs.                                 )<br>                                            )<br>Phelps Dodge Corporation, et al., )<br>                                            )<br>               Defendants.   )<br>_____) | No. CV 04-0544-PHX-PGR<br><br>ORDER |

Currently pending before the Court is the parties' Joint Request for Status Conference (Doc. 27). Pursuant to the motion,

IT IS ORDERED that the parties' Joint Request for Status Conference (Doc. 27) is GRANTED. A status conference is set before the Court **Monday, December 12, 2005** at **1:30 p.m.** in Courtroom 601.

IT IS FURTHER ORDERED that the parties' submit an Amended Joint Case Management Report addressing the issues remaining in the case and a proposed time frame for bringing this litigation to completion. The Amended Joint Case Management Report will be due on or before **December 5, 2005.**

Dated this 22nd day of November, 2005.

_____
Paul G. Rosenblatt
United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

_____
Paul G. Rosenblatt
United States District Judge