**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Richard G. Krauth, et al., ) | |
| ) | |
| Plaintiffs, ) | No. CV 04-0544-PHX-PGR |
| ) | |
| vs. ) | ORDER |
| ) | |
| Phelps Dodge Corporation, et al., ) | |
| ) | |
| Defendants. ) | |
| _____) | |

The parties' submitted an Amended Joint Case Management Report on December 5, 2005; however, this report failed to provide proposed dates for bringing this litigation to its completion. In order for the Court to adequately prepare for the Scheduling Conference set for Monday, January 23, 2006, the parties are required to file with the Court proposed case management deadlines on or before January 19, 2006.

Dated this 11th day of January, 2006.

_____
Paul G. Rosenblatt
United States District Judge