UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Richard G. Krauth, an individual, and R.M. Wade & Co., an Oregon corporation,<br><br>    Plaintiffs,<br><br>vs.<br><br>Phelps Dodge Corporation, a New York corporation,<br><br>    Defendants. | No. CV 04-0544 PHX PGR<br><br>**ORDER** |
| Phelps Dodge Corporation, a New York corporation,<br><br>    Counterclaim Plaintiffs,<br><br>vs.<br><br>Richard G. Krauth, an individual, and R.M. Wade & Co., an Oregon corporation,<br><br>    Counterclaim Defendants. | |

1   After consideration of the parties' May 15, 2006 Stipulation to File Corrected
2   Claim Construction and Prehearing Statement and attached Corrected Claim Construction
3   and Prehearing Statement,
4   IT IS HEREBY ORDERED THAT the parties may file the Corrected Claim
5   Construction and Prehearing Statement and that such filing is deemed to have occurred
6   on May 15, 2006, the date of the Stipulation between the parties.
7   Dated this 16th day of May, 2006.

Paul G. Rosenblatt
United States District Judge