**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Richard G. Krauth, et al., | ) | |
| Plaintiffs, | ) | No. CV 04-0544-PHX-PGR |
| vs. | ) | ORDER |
| Phelps Dodge Corporation, et al., | ) | |
| Defendants. | ) | |

IT IS ORDERED that the parties' Stipulated Request to Extend the Date to Exchange Claim Construction Briefs (Doc. 102) is GRANTED. The date the parties are to exchange construction response briefs is extended by one week to June 9, 2006.

DATED this 25th day of May, 2006.

Paul G. Rosenblatt
United States District Judge