**WO**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Richard G. Krauth, an individual, and R.M. Wade & Co., an Oregon corporation, | No. CV 04-0544 PHX PGR |
| Plaintiffs, | |
| vs. | **ORDER** |
| Phelps Dodge Corporation, a New York corporation, | |
| Defendants. | |
| Phelps Dodge Corporation, a New York corporation, | |
| Counterclaim Plaintiffs, | |
| vs. | |
| Richard G. Krauth, an individual, and R.M. Wade & Co., an Oregon corporation, | |
| Counterclaim Defendants. | |

1    Pursuant to stipulation of the parties, IT IS HEREBY ORDERED THAT this

2    action is dismissed with prejudice, each party to bear its or his own costs and fees.

3    DATED this 1st day of August, 2006.

4

5

6

7    Paul G. Rosenblatt

8    United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1
2      340048_1
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28